UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

**UNITED STATES OF AMERICA,**            Civil No. 6:17-cv-00546-MC

Plaintiff,

v.

**THE ESTATE OF ANGELA J. SANDERS;**    **GENERAL JUDGMENT OF**
**DON ABEL; GRETCHENCHAPMAN;**        **FORECLOSURE**
**SAVANNAH SANDERS; and THE**
**UNKNOWN HEIRS, DEVISEES,**
**SUCCESSORS IN INTEREST AND**
**CLAIMANTS TO THE ESTATE OF**
**ANGELA J. SANDERS,**

Defendants.

This civil action is before the Court for entry of a General Judgment of Foreclosure based on an Order of Default against The Estate of Angela J. Sanders; Don Abel now known as Devon Abel, Gretchen Chapman, Savannah Sanders now known as Savannah Busby, and the unknown heirs, devisees, successors, in interest and claimants to The Estate of Angela J. Sanders. *See* Court Document No. 29.

IT IS ORDERED, ADJUDGED, AND DECREED:

1. The Plaintiff recover from The Estate of Angela J. Sanders $136,774.44 ($76,075.75 principal and $20,298.07 interest accrued through March 24, 2017, plus $32,773.86 subsidy subject to recapture and $6,913.78 fees) and interest to accrue at the daily rate of $12.661 from March 24, 2017, until judgment and interest thereafter at the annual rate (pursuant to 28 USC § 1961) of 1.62 percent computed daily and compounded annually after judgment until paid, and $1,099.20 for Plaintiff's costs and disbursements incurred herein, plus costs of sale.

Page 1 – General Judgment of Foreclosure

2. The indebtedness referred to in paragraph 1 is secured by a real estate deed of trust recorded March 15, 2002, as Instrument No. 2002-07908, Official Records of Douglas County, Oregon; and that Plaintiff's real estate deed of trust is a valid existing lien on the real property described as follows:

> Lots 19 and 20, Block 34, Amended Plat of Townsite of Sutherlin, County of Douglas, State of Oregon

and is superior to the liens of all Defendants herein.

3. The Plaintiff's real estate deed of trust be foreclosed and the property described in paragraph 2 be sold at public auction by the United States Marshal to the highest bidder for cashier's check or certified check payable ten percent (10%) at the time of the bid and the balance to be paid by the end of the business day or on a day determined at the time of the sale and made payable to "Clerk, U.S. District Court" to be deposited with the Clerk of the United States District Court. The proceeds of the sale shall be applied as follows:

(a) First, to the cost and expense of making the sale.
(b) Second, in satisfaction of the sums due Plaintiff as set forth in paragraph 1.
(c) Third, that the surplus, if any, be paid to the Clerk of this Court to be disbursed in accordance with further order of the Court.

4. The Defendants and all persons claiming any interest, lien or other right by, through, or under them are forever barred and foreclosed from any interest in, lien upon, or other right with respect to the property or any part thereof, except the right of redemption provided by law.

5. The Plaintiff or any other party to this suit may become the purchaser at the sale of the real property. The purchaser is entitled to exclusive possession of the real property from and after the date of sale and is entitled to such remedies as are available at law to secure possession, including a writ of assistance, if Defendants, or any of them, or any other party or

person shall refuse to surrender possession to the purchaser immediately on the purchaser's demand for possession.

6. The Plaintiff shall have such other and further relief as is necessary to carry out the above.

DATED this 27 day of Nov, 2017.

_____
HONORABLE MICHAEL J. McSHANE
UNITED STATES DISTRICT JUDGE

PRESENTED BY:
BILLY J. WILLIAMS
United States Attorney
District of Oregon

*Tim Simmons*
TIM SIMMONS
Oregon State Bar No. 924615
Assistant United States Attorney
405 e. 8th Ave., Suite 2400
Eugene, Oregon 97401-2708
Telephone: 541-465-6740
Facsimile: 541-465-6917
Attorneys for Plaintiff